

DLA Piper US LLP
2000 University Avenue
East Palo Alto, California 94303-2214
www.dlapiper.com

Andrew Valentine
andrew.valentine@dlapiper.com
T  650.833.2065
F  650.687.1204

November 14, 2011
VIA FACSIMILE

The Honorable Joseph C. Spero
U.S. Magistrate Judge
U.S. District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

Re:   *St. Jude Medical, Cardiology Division, Inc. et. al., v. Volcano Corporation,*
      4:11-mc-80271-PJH/JCS: Request to Stay Briefing Schedule

Dear Magistrate Judge Spero:

This firm represents the St. Jude plaintiffs ("St. Jude") in the above-referenced action, and we write jointly with counsel for defendant Volcano Corporation ("Volcano") and non-party Michael Eberle regarding the briefing schedule for St. Jude's motion to compel Mr. Eberle's deposition.

We are pleased to report that the parties are working on a resolution to the motion, as Fish & Richardson P.C., counsel for Mr. Eberle in his capacity as a former Volcano employee, and Weintraub Genshlea Chediak, counsel for Mr. Eberle in his capacity as a Vascular Imaging employee, have communicated an intention to produce Mr. Eberle for a six-hour deposition on November 22, 2011. The parties therefore respectfully request that the Court stay briefing on the instant motion until after November 22, 2011. Should the deposition occur on November 22, St. Jude will promptly withdraw the motion.

Respectfully Submitted,            Dated: 11/15/11

DLA Piper US LLP

Andrew Valentine
andrew.valentine@dlapiper.com

IT IS SO ORDERED
Judge Joseph C. Spero

cc:   Michael Rosen, Esq., Fish & Richardson P.C.
      Dale Campbell, Esq., Weintraub Genshlea Chediak